# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                                                                     :         Case No. 3:05-cr-135(2)

      Plaintiff,

                                                          District Judge Thomas M. Rose
     -vs-                                    Magistrate Judge Michael R. Merz

STEVEN JEFFERSON,

      Defendant.                     :

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 51) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 50).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a second supplemental report analyzing the Objections and making recommendations based on that analysis.

August 26, 2016                                   THOMAS M. ROSE

                                                             Thomas M. Rose
                                                    United States District Judge